GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
NICHOLAS HAJJAR, ESQ.
Nevada Bar No. 15240
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com
nhajjar@garinlawgroup.com

*Attorney for Defendant*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.B., a Student with a Disability, by and through their parent, T.D., and T.D. in their individual capacity,<br><br>Plaintiffs,<br>v.<br><br>Clark County School District,<br><br>Defendant. | CASE NO. 2:26-cv-01949-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, M.B. ("Student"), by and through his parent, T.D. ("Parent," and collectively with Student, "Plaintiffs") and Defendants Clark County School District, (hereinafter "Defendant"), by and through their attorneys of record hereby stipulate and agree as follows:

1. Defendants' current deadline to answer or otherwise respond to Plaintiffs' Complaint is August 14, 2026.

2. This is the first request to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.

3. Defense counsel requires additional time to review and evaluate Plaintiffs' allegations, confer with Defendant, and prepare the appropriate response. The requested extension is also necessitated by a recent medical emergency requiring hospitalization affecting lead defense counsel.

4. The parties therefore stipulate that Defendant Clark County School District shall have through and including August 21, 2026, to answer or otherwise respond to Plaintiffs'

Complaint.

5. This request is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party.

IT IS SO STIPULATED.

Dated this 12th day of August, 2026.

JOHNSTON EDUCATION LAW, LLC

By: */s/ Cynthia Johnston*_______________
Cynthia Johnston, Esq.
Nevada Bar No. 16719
1909 Plaza de Cordero
Las Vegas, NV 89102
Phone: 702 475 5261
Email: cynthia@johnstonedlaw.com

Alexis Casillas, Esq.
California Bar No. 259148
Casillas Favaloro PC
2275 Huntington Drive #264
San Marino, CA 91108
Phone: 323 722 0125
Email: alexis@casillasfavaloro.com

*Attorneys for Plaintiffs*

Dated this 13th day of August, 2026.

GARIN LAW GROUP

By: */s/ Nicholas Hajjar* _______________
Lisa J. Zastrow, Esq.
Nevada Bar No. 9727
Nicholas Hajjar, Esq.
Nevada Bar No. 15240
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
lzastrow@garinlawgroup.com
nhajjar@garinlawgroup.com

*Attorney for Defendant*

IT IS SO ORDERED:

______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2026

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512