Cynthia Johnston, Esq. NV Bar No. 16719
Johnston Education Law, LLC
1909 Plaza de Cordero
Las Vegas, NV 89102
Email: cynthia@johnstonedlaw.com

Alexis Casillas CA Bar No. 259148
Casillas Favaloro, PC
2275 Huntington Dr. #264
San Marino, CA 91108
Email: alexis@casillasfavaloro.com

Counsel for Plaintiffs M.B. and T.D.

Lisa J. Zastrow, NV Bar No. 15240
Garin Law Group
9900 Covington Cross Dr., Suite 210
Las Vegas, NV 89144
Email: LZastrow@garinlawgroup.com

Counsel for Clark County School District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.B., a Student with a Disability, by and througl their parent, T.D., and T.D. in their individual capacity,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br>Defendant. | CASE NO.: Case No.: 2:26-cv-01949-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES AND TO CONTINUE CASE MANAGEMENT CONFERENCE / DISCOVERY-PLAN DEADLINE TO PERMIT ALTERNATIVE DISPUTE RESOLUTION** |

Plaintiffs M.B., a student with a disability, and T.D. (collectively, “Plaintiffs”), and Defendant Clark County School District (“Defendant” or the “District,” and together with Plaintiffs, the “Parties”), by and through their respective counsel of record, hereby stipulate and jointly request that the Court extend the deadline for the Parties’ Fed. R. Civ. P. 26(a)(1) initial disclosures and request that this Court continue the Case Management Conference and the deadline to submit the Parties’ stipulated discovery plan and scheduling order, to allow the Parties to pursue alternative dispute resolution. In support, the Parties state as follows:

1. Defendant filed its Answer to Plaintiffs’ Complaint on August 28, 2026.

2. The Parties held their conference under Fed. R. Civ. P. 26(f) on September 25, 2026. All captioned counsel participated in that meeting.

3. At their Rule 26(f) conference, the Parties met and conferred regarding the use of alternative dispute resolution, as contemplated by Local Rule 26-1(a)(13), and agree that this matter is well suited to early resolution. The Parties intend to participate either in a private mediation with a private mediator, or in a settlement conference before a Magistrate Judge. The Parties are exchanging proposed mediators by October 2, 2026, and intend to submit an ADR update to the Court as soon as they select a mediator / elect for a settlement conference and coordinate on available dates.

4. Under Fed. R. Civ. P. 26(a)(1)(C), the Parties' initial disclosures are currently due within 14 days after the Rule 26(f) conference. Accordingly, the disclosures are due on or before October 9, 2026.

5. Under Local Rule 26-1(a), the Parties' stipulated discovery plan and scheduling order is likewise currently due 14 days after the Rule 26(f) conference on or before October 9, 2026.

6. Good cause exists for the requested extension and continuance. Devoting the Parties' immediate efforts and resources to ADR (rather than to preparing formal initial disclosures, negotiating a full discovery plan, and appearing for case-management proceedings) will conserve the resources of the Parties and the Court and may narrow or resolve the issues in dispute. Given the nature of Plaintiffs' claims, which include review of the underlying administrative record, the Parties believe that a focused settlement effort at this early stage may avoid the need for discovery and further litigation. A short extension will allow the Parties to determine whether the case can be resolved before incurring the expense of formal disclosures and contested discovery-planning.

7. Statement pursuant to Local Rules IA 6-1 and 26-3. This is the Parties' first request to extend the initial disclosure deadline and to continue the

Case Management Conference and discovery-plan deadline. No prior extensions of these deadlines have been requested or granted.

8. The Parties further state:

a. Discovery completed to date: None. The Parties held their Rule 26(f) conference on September 25, 2026, and have focused their efforts on evaluating early resolution.

b. Discovery remaining: All fact and expert discovery remains to be conducted should the matter not resolve through ADR. This is part of why the Parties wish to engage in early settlement discussions prior to discovery in the hopes that said expenses can be avoided.

c. Reasons the current deadlines cannot be met: The Parties wish to devote their immediate efforts to ADR rather than to formal disclosures and discovery-planning, for the reasons stated above.

d. Proposed schedule: Set forth in Paragraph 8 below.

8. This request is timely, is made in good faith and not for purposes of delay, and is supported by good cause. No trial date has been set, and no party will be prejudiced by the requested extension and continuance.

9. Accordingly, the Parties STIPULATE AND AGREE, subject to the Court's approval, as follows:

a. The deadline for the Parties to serve their Fed. R. Civ. P. 26(a)(1) initial disclosures shall be extended from October 9, 2026 by 90 days, to January 7, 2027;

b. The deadline for the Parties to submit their stipulated discovery plan and scheduling order under Local Rule 26-1 shall be extended from October 9, 2026 by 90 days, to January 7, 2027;

c. The Case Management Conference shall be scheduled for after January 14, 2027; and

d. On or before January 7, 2027, or within 14 days after the conclusion of the ADR process, (whichever is earlier), the Parties shall file a joint status report advising the Court of the results of

ADR and, if the matter has not resolved, submit their stipulated discovery plan and scheduling order and appear for the continued Case Management Conference.

IT IS SO STIPULATED.

DATED this 14th day of October, 2026.

JOHNSTON EDUCATION LAW, LLC
/s/ Cynthia Johnston
CYNTHIA JOHNSTON, ESQ.
*Counsel for Plaintiffs,*

GARIN LAW GROUP
/s/ Lisa J. Zastrow
LISA J. ZASTROW, ESQ.
*Counsel for Defendant*

ORDER

Based on the foregoing Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

IT IS FURTHER ORDERED that the deadline for the Parties' Fed. R. Civ. P. 26(a)(1) initial disclosures is EXTENDED to January 7, 2027.

IT IS FURTHER ORDERED that the deadline for the Parties to submit their stipulated discovery plan and scheduling order is EXTENDED to January 7, 2027.

IT IS FURTHER ORDERED that the Case Management be scheduled for **N/A**, at **N/A** [a.m./p.m.]

IT IS FURTHER ORDERED that on or before January 7, 2027, the Parties shall file a joint status report advising the Court of the results of ADR and, if the matter has not resolved, submit their stipulated discovery plan and scheduling order.

IT IS SO ORDERED.

DATED: October 21, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE